452 A.2d 55

Commonwealth v. Eakin, Appellant.

Argued October 26, 1981. James M. Greenfield, for appellant; William G. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

The judgment of sentence is affirmed.